UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23ANDME, INC., | Case No. 5:15-cv-01323-PSG |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | **(Re:  Docket No. 38)** |
| KAREN DAVIS-HUDSON, et al., | |
| Respondents. | |

        The court denied Petitioner 23andMe, Inc.'s petition to vacate an arbitration award on October 16, 2015.[1]  The parties shall show cause in writing within fourteen days why entry of judgment is not warranted.

**SO ORDERED.**

Dated: December 7, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

[1] *See* Docket No. 38.

Case No. 5:15-cv-01323-PSG
ORDER TO SHOW CAUSE

1

United States District Court
Northern District of California