UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23ANDME, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN DAVIS-HUDSON, et al., <br><br> Defendants. | Case No. 5:15-cv-01323-PSG <br><br> **JUDGMENT** |

The court has denied Petitioner 23andMe, Inc.'s petition to vacate an arbitration award.[1] The Clerk shall close the file.

**SO ORDERED.**

Dated: December 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 38.

Case No. 5:15-cv-01323-PSG
JUDGMENT

1